UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | Case No. 07-6720 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

**FINAL ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF REED SMITH LLP AS ATTORNEYS FOR THE DEBTOR-IN-POSSESSION**

THIS MATTER having come before the Court upon Automotive Professionals, Inc.'s (the "Debtor's") Emergency Application to Employ and Retain Reed Smith LLP as Attorneys for the Debtor Pursuant to 11 U.S.C. § 327(a) (the "Application"); this Court having found that jurisdiction and venue is proper and that due and proper notice has been given; this Court having found that the relief requested in the Application is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; this Court being satisfied based on the representations made in the Application and accompanying declarations that Reed Smith does not hold or represent any interest adverse to the Debtor or its estate and that Reed Smith is a "disinterested person" as that term is defined under 11 U.S.C. §§ 101(14) and 1107(b); and this Court having considered the Application and declarations in support thereof and being other fully advised in the premises;

**IT IS HEREBY ORDERED** that the Application is granted in its entirety and that the Debtor's retention and employment of Reed Smith as its attorneys in this chapter 11 case is hereby authorized and approved retroactive to the petition date; and

**IT IS HEREBY FURTHER ORDERED** that Reed Smith shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, and such Bankruptcy

Rules and Local Rules as may then be applicable from time to time, and such procedures as may be fixed by order of this Court.

DATED: 4/24/07

_____
UNITED STATES BANKRUPTCY JUDGE