# EXHIBIT I

February 12, 2008
RE: Chapter 11 Proceeding
    (826534.00001)

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 04/30/2007 | General Expense - - VENDOR: STEPHEN BOBO VOLUNTARY PETITION FEE | 1039.00 |
| 07/31/2007 | PACER | 168.32 |
| 07/31/2007 | Duplicating/Printing/Scanning | 849.00 |
| 07/31/2007 | Courier Service | 21.00 |
| 07/31/2007 | Courier Service - Outside | 146.64 |
| 07/31/2007 | Court Reporter Expense | 2930.25 |
| 07/31/2007 | Telephone - Outside | 507.06 |

CURRENT DISBURSEMENTS:          $5,661.27

TOTAL THIS INVOICE:          $242,404.27