# EXHIBIT A

{ GEN00001 / 001 / 00007818.DOC /}

07-06720:571.2:Application to Employ:Proposed Order Entered: 2/5/2008 3:55:57 PM by:Zane Zielinski Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 07-06720 |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |

### ORDER APPROVING EMPLOYMENT OF TRUSTEE'S ACCOUNTANT

Chicago, Illinois    )
February 12, 2008    )

THIS MATTER COMING ON TO BE HEARD upon the motion of Frances Gecker (the "Trustee"), not individually, but as Chapter 7 trustee of the estate of Automotive Professionals, Inc. (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 327(a), authorizing the Trustee to retain Anthony DePaul and the firm of Gray Hunter Stenn LLP as her accountant in the Debtor's bankruptcy case (the "Case"); the Trustee having given due and proper notice of the Motion to all parties entitled thereto; and the Court otherwise being fully advised in the premises and having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED:

The Trustee is authorized to employ Anthony DePaul and the firm of Gray Hunter Stenn LLP as her accountant in the Case, compensation to be subject to further order of Court.

ENTER: _Carol A. Doyle_
UNITED STATES BANKRUPTCY JUDGE

2/12/08

{ API / 001 / 00012783.DOC /}