IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | Case No. 07 B 06720 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

## ORDER EXTENDING TIME TO FILE FINAL FEE APPLICATION

This matter was heard upon the motion ("Motion") of Frances Gecker (the "Trustee"), as Chapter 11 trustee of Automotive Professionals, Inc. ("API"), seeking the entry of an order extending the deadline for filing final fee applications in API's bankruptcy case, pursuant to Fed.R.Bankr.P. 9006(b), due written notice of the Motion having been provided to all parties entitled thereto; and the Court being well advised in the premises therefore and having jurisdiction over this core proceeding;

IT IS ORDERED THAT:

1. The Trustee, and her counsel, Frank/Gecker LLP ("F/G") and Scandaglia & Ryan ("Scandaglia"), are authorized to continue filing monthly interim fee applications as needed.

2. The deadline for the Trustee, F/G and Scandaglia to file their final fee applications is extended until API's bankruptcy case is closed, and creditors and other parties in interest are granted 30 days after the filing of each such application to file objections to same.

3. Arnstein & Lehr LLP is granted leave to file its final fee application on or before July 28, 2010, and creditors and other parties in interest are granted leave to file objections to same on or before August 27, 2010.

ENTER:

_____
THE HONORABLE CAROL A. DOYLE
UNITED STATES BANKRUPTCY JUDGE

6/3/10

{API\001\00021875.DOC\ }