**UNITED STATES BANKRUPTCY COURT**
**FOR THE NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re | Case No. 07-06720 |
| **AUTOMOTIVE PROFESSIONALS, INC.,** | Chapter 11 |
| Debtor. | Hon. Carol A. Doyle |
| | Hearing Date: August 31, 2010<br>Hearing Time: 10:00 a.m.<br>Obj. Deadline: August 27, 2010 |

**NOTICE OF MOTION**

To:   See attached Service List

PLEASE TAKE NOTICE that on **August 31, 2010 at 10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before Chief United States Bankruptcy Judge Carol A. Doyle, or any other judge sitting in her stead, in Courtroom 742 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached **FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ESTATE OF AUTOMOTIVE PROFESSIONALS, INC.**, at which time and place you may appear as you see fit.

                                      OFFICIAL COMMITTEE OF UNSECURED
                                      CREDITORS FOR THE ESTATE OF
                                      AUTOMOTIVE PROFESSIONALS, INC.

                                      By:   /s/ Miriam R. Stein
                                              One of their Attorneys

Barry A. Chatz (ARDC #06196639)
Miriam R. Stein (ARDC #06238163)
George P. Apostolides (ARDC #06228768)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL  60606
Phone:  (312)876-7100
Fax: (312)876-0288

9114819.1

## CERTIFICATE OF SERVICE

     I, Miriam R. Stein, an attorney, certify that I caused a copy of the Notice of Motion and Application to be served on the parties and in the manner listed on the attached service list either by the Court's ECF System or electronic mail on July 26, 2010.

                                                  /s/ Miriam R. Stein

## SERVICE LIST

*Via E-Mail*

Frances Gecker
FRANK/GECKER LLP
325 N. LaSalle St., Suite 625
Chicago, IL 60654
fgecker@fgllp.com

Richard C. Friedman
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
Richard.C.Friedman@usdoj.gov

*Via ECF*

Allan V. Abinoja
Party – People of the State of Illinois
aabinoja@atg.state.il.us
rrascia@atg.state.il.us

Margaret M Anderson
Creditor – Bright Warranty Services, LLC
panderson@fhslc.com
cjelks@fhslc.com
kmarietta@fhslc.com
acotter@fhslc.com

George P Apostolides
Creditor – Official Committee of Unsecured Creditors
gpapostolides@arnstein.com

Stephen T. Bobo
Attorney – Reed Smith Sachnoff & Weaver
sbobo@reedsmith.com

Richard E. Braun
Creditor – State of Wisconsin - Office of the Commissioner of Insurance
braunre@doj.state.wi.us
ramseywh@doj.state.wi.us
gurholtks@doj.state.wi.us

Kurt M Carlson
Creditor – Ohio Indemnity Company
kcarlson@muchshelist.com
dmyer@muchshelist.com

Barry A Chatz
Creditor – Official Committee of Unsecured Creditors
bachatz@arnstein.com

Nathan F Coco
Creditor – Goldman Sachs & Co.
ncoco@mwe.com

John S. Delnero
Party – People of the State of Illinois
john.delnero@klgates.com
chicago.docket@klgates.com
teresa.gomez@klgates.com

Craig E Donnelly
Witness – James Hawk
cdonnelly@crmlaw.com

Michael J Durrschmidt
Creditor – Marathon Financial Insurance Company Inc
mdurrschmidt@hirschwest.com
bhowell@hirschwest.com
bficklin@hirschwest.com

9114819.1

elipper@hirschwest.com
sgalindo@hirschwest.com
tjimenez@hirschwest.com
marsch500@gmail.com

Daniel M. Feeney
Witness – Richard Hess
dfeeney@millershakman.com
tlawhead@millershakman.com

Joseph D Frank
Trustee – Frances Gecker
jfrank@fgllp.com
ccarpenter@fgllp.com
knewman@menterlaw.com
jkleinman@fgllp.com

Frances Gecker
fgecker@fgllp.com
fgecker@ecf.epiqsystems.com
zzielinski@fgllp.com
csmith@fgllp.com

Emily S. Gottlieb
The Garden City Group Inc
emily_gottlieb@gardencitygroup.com
kenneth_freda@gardencitygroup.com
paul.kinealy@gardencitygroup.com
PACERTeam@gardencitygroup.com
lauren.granger@gardencitygroup.com
brian.karpuk@gardencitygroup.com
heather.montgomery@gardencitygroup.com

Gary E. Green
Creditor – 1989 Circuit Leasing Corp.
ggreen@clarkhill.com
jfelker@clarkhill.com

Reed A Heiligman
Trustee – Frances Gecker
rheiligman@fgllp.com
ccarpenter@fgllp.com

Dimitri G. Karcazes
Creditor – Alexandria Motor Cars, Inc
dimitri.karcazes@goldbergkohn.com

Micah R Krohn
Trustee – Frances Gecker
mkrohn@fgllp.com
ccarpenter@fgllp.com
rheiligman@fgllp.com

Kenneth G. Kubes
Debtor – Automotive Professionals, Inc.
kenkubes@gmail.com

Avrum Levicoff
Creditor – Kenny Ross Chevrolet, Geo, Oldsmobile & Cadillac, Inc.
alevicoff@lsandd.net
phbarco@lsandd.net

Colleen E McManus
Attorney – Much Shelist
cmcmanus@muchshelist.com

Michael D Messersmith
Creditor – Dealer Financial Services, LLC
mmessersmith@kayescholer.com
keanderson@kayescholer.com
jben@kayescholer.com

William T Neary
USTPRegion11.ES.ECF@usdoj.gov

Norman B Newman
Professonial – Michael Kayman, not individually but as Assignee for the API Creditors Trust
nnewman@muchshelist.com

Robert E Richards
Creditor – Nserv Corp.
rrichards@sonnenschein.com
NDIL_ECF@sonnenschein.com

Peter J Roberts
Creditor – The Herb Chambers Companies
proberts@shawgussis.com

Joshua G Rodin
Party – People of the State of Illinois
jrodin@atg.state.il.us

2

Jeffrey B Rose
Creditor – Ohio Indemnity Company
jrose@tishlerandwald.com
bmurzanski@tishlerandwald.com

Jeffrey A Rossman
Creditor – Goldman Sachs & Co.
jrossman@mwe.com

Natalia K. Rzepka
Creditor – Ohio Indemnity Company
nrzepka@tishlerandwald.com

Adam R. Schaeffer
Party – People of the State of Illinois
aschaeffer@bellboyd.com

Mark A Schramm
Creditor – Marathon Financial Insurance Company Inc
marsch500@gmail.com

Ryan T Schultz
Creditor – Goldman Sachs & Co.
rschultz@fhslc.com
docket@fhslc.com

Aaron C Smith
Attorney – Locke Lord Bissell & Liddell LLP
asmith@lockelord.com
 docket@lockelord.com

Miriam R. Stein
Attorney – Arnstein & Lehr LLP
mrstein@arnstein.com
 jbmedziak@arnstein.com

Martin B. Tucker
Creditor Clutts Auto Sales, Inc.
mtucker@fbtlaw.com

Bruce L Wald
Creditor – Ohio Indemnity Company
bwald@tishlerandwald.com

Peter J Young
Creditor – Gillman Interests, Ltd.
pyoung@winston.com

Zane L Zielinski
Trustee – Frances Gecker
zzielinski@fgllp.com
csmith@fgllp.com
dortiz@fgllp.com
ccarpenter@fgllp.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re | Case No. 07-06720 |
| **AUTOMOTIVE PROFESSIONALS, INC.,** | Chapter 11 |
| Debtor. | Hon. Carol A. Doyle |
| | Hearing Date: August 31, 2010<br>Hearing Time: 10:00 a.m.<br>Obj. Deadline: August 27, 2010 |

**FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE ESTATE OF <u>AUTOMOTIVE PROFESSIONALS, INC.</u>**

Barry A. Chatz, Miriam R. Stein, George P. Apostolides, and Arnstein & Lehr LLP (collectively "A&L") counsel for the Official Committee of Unsecured Creditors ("Committee") for the estate of Automotive Professionals, Inc., respectfully submit this Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") in the amount of $274,531.50 in fees and $423.69 in expenses relating to legal services rendered on behalf of the Committee during the period from June 22, 2007 through June 30, 2010 ("Application Period"), pursuant to section 330 of the United States Bankruptcy Code (the "Bankruptcy Code"). In support of this Application, A&L states as follows:

**I. Background of Case**

1.  On April 13, 2007 (the "Petition Date"), Automotive Professionals, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.  On June 11, 2007, the Office of the United States Trustee for this district, filed its Application to Approve the Appointment of a Chapter 11 Trustee. On June 12,

1

2007, this Court entered an order granting the U.S. Trustee's motion, and approving the appointment of Frances Gecker (the "Trustee") as Chapter 11 trustee for the Debtor's estate.

3. On June 22, 2007, the United States Trustee appointed the Committee which consists of the following members: Profit Portfolio, Lenmore Associates, Inc., Continental Insurance Services, Inc., The Herb Chambers Companies, and Dealers' Financial Services, LLC.

4. On June 26, 2007, the Court entered an order establishing procedures for monthly interim compensation and reimbursement of expenses of professionals of the estate ("Administrative Order").

5. On July 25, 2007, the Court entered an order authorizing the Committee's retention of Barry A. Chatz, George P. Apostolides, Miriam R. Stein, and A&L as its counsel, retroactive to June 22, 2007.

## II.  A&L Fees and Expense Request

6. Pursuant to the Administrative Order, certain professionals of the Debtor and the Committee were authorized to submit a fee application on or before the 20th day of the month following the month for which compensation was sought (the "Monthly Fee Application"). Each Professional filed with the Court a Monthly Fee Application and served notice of the Monthly Fee Application upon (1) the Chapter 11 Trustee; (2) Counsel for the Committee; and (3) the United States Trustee.

**A.    Outstanding Fee Period**

7. A&L has submitted thirty-one (31) Monthly Fee Applications covering the period from the Petition Date through March 31, 2010, and by this Application A&L is

2

requesting that such fees be allowed on a final basis. Additionally, A&L respectfully requests the Court approve its fees for legal services provided and reimbursement for costs incurred for the period of April 1, 2010 through June 30, 2010 ("Outstanding Period") on a final basis. The legal services provided by A&L during the Outstanding Period have been detailed on the invoices attached hereto as Exhibit A. The invoices attached also include the amounts requested for the reimbursement of actual and necessary costs incurred during the Outstanding Period. The time expended by professionals during the Outstanding Period is summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rate |
|---|---|---|---|
| Becky L. Sutton ("BLS") | Paralegal | 0.20 | $215 |
| George P. Apostolides ("GPA") | Litigation | 4.40 | $420 |
| Jurate B. Medziak ("MLG") | Paralegal | 1.80 | $175 |
| Miriam A. Stein ("MZS") | Bankruptcy | 1.60 | $450 |

The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

8.  The tasks performed by A&L during the Outstanding Period and set forth in the attached Exhibit A is further summarized as follows:

● communications with the Trustee and the Trustee's attorneys;

● court appearances on several Trustee motions;

● preparation and filing of Monthly Fee Applications;

● review of claim objections and discussions regarding the claim objections;

● review of the Motion Extending Time to File Final Fee Application ("Extension Motion") and court appearance on the Extension Motion; and;

● other and further services provided on behalf of the Committee.

3

A&L spent 8.00 hours of attorney time on the foregoing services, as is more fully described in <u>Exhibit A</u>.  Said services have a value of $2,926.00 for which A&L is seeking compensation.

9. There has been no duplication of services, either by partners or associates of A&L. When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

10. Based on the hourly charges of A&L set forth above, A&L requests that the Court authorize payment of $2,926.00 as compensation and $21.57 for the reimbursement of its reasonable out-of-pocket expenses on a final basis for the Outstanding Period pursuant to sections 330 of the Bankruptcy Code.

**B.    Final Fee Request**

11. Pursuant to the Combined Notice of (1) Confirmation of the Joint Liquidation Plan of the Debtor, and (2) Administrative Expense Claims Bar Date, administrative claims were to be filed no later than May 28, 2010 (the "Administrative Claims Bar Date").

12. On June 4, 2010, after notice and a hearing, the Bankruptcy Court entered an Order Extending Time to File Final Fee Application ("Extension Order"). The Extension Order provided, *inter alia*, that A&L was "granted leave to file its final fee application on or before July 28, 2010, and creditors and other parties in interest are granted leave to file objections to same on or before August 27, 2010."

4

13. Since the Petition Date, A&L has continued to render actual and necessary legal services on behalf of the Committee which include, but are not limited to, working closely with the Trustee to resolve outstanding issues; court attendance, negotiations with the Debtor's creditors and pursuing confirmation of the joint plan and approval of a disclosure statement.

14. Each of the thirty-one (31) Monthly Fee Applications contained detailed invoices for the fees requested and for the reimbursement of actual and necessary costs incurred. The information set forth in the Monthly Fee Applications and corresponding Orders is incorporated by reference herein as though set forth in full. A copy of the invoices for each of the Monthly Fee Applications is attached as <u>Exhibit B</u>.

15. Pursuant to the Administrative Order, A&L has been paid the following interim monthly payments based on amounts requested in the Monthly Fee Applications:

| Date Filed | Period Covered | **Requested** | | **Paid** | | Fee App. Docket # |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 10/18/2007 | 6/22/07-9/30/07 | $39,205.00 | $153.66 | $39,205.00 | $153.66 | 401 |
| 11/20/2007 | 10/1/07-10/31/07 | $16,655.50 | $1.93 | $16,655.50 | $1.93 | 485 |
| 12/17/2007 | 11/1/07-11/30/07 | $11,395.50 | $8.50 | $11,395.50 | $8.50 | 515 |
| 1/21/2008 | 12/1/07-12/31/07 | $7,374.00 | $0 | $7,374.00 | $0 | 562 |
| 2/19/2008 | 1/1/08-1/31/08 | $5,777.00 | $12.80 | $5,777.00 | $12.80 | 586 |
| 3/19/2008 | 2/1/08-2/29/08 | $5,712.50 | $4.48 | $5,712.50 | $4.48 | 616 |
| 4/17/2008 | 3/1/08-3/31/08 | $8,623.00 | $0 | $8,623.00 | $0 | 641 |
| 5/15/2008 | 4/1/08-4/30/08 | $9,425.00 | $28.29 | $9,425.00 | $28.29 | 662 |
| 6/13/2008 | 5/1/08-5/31/08 | $8,973.00 | $5.94 | $8,973.00 | $5.94 | 690 |
| 7/19/2008 | 6/1/08-6/30/08 | $5,825.50 | $3.28 | $5,825.50 | $3.28 | 726 |
| 8/9/2008 | 7/1/08-7/31/08 | $4,278.50 | $88.82 | $4,278.50 | $88.82 | 750 |
| 9/15/2008 | 8/1/08-8/31/08 | $3,958.50 | $3.20 | $3,958.50 | $3.20 | 785 |
| 10/20/2008 | 9/1/08-9/30/08 | $5,100.50 | $0.00 | $5,100.50 | $0 | 828 |
| 11/19/2008 | 10/1/08- | $5,014.00 | $4.49 | $5,014.00 | $4.49 | 850 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 10/31/08 |  |  |  |  |  |
| 12/15/2008 | 11/1/08-11/30/08 | $3,893.00 | $4.50 | $3,893.00 | $4.50 | 873 |
| 1/19/2009 | 12/1/08-12/31/08 | $6,056.00 | $2.80 | $6,056.00 | $2.80 | 891 |
| 2/13/2009 | 1/1/09-1/31/09 | $17,508.00 | $3.04 | $17,508.00 | $3.04 | 913 |
| 3/13/2009 | 2/1/09-2/28/09 | $15,064.00 | $18.81 | $15,064.00 | $18.81 | 937 |
| 4/13/2009 | 3/1/09-3/31/09 | $11,862.00 | $3.40 | $11,862.00 | $3.40 | 946 |
| 5/15/2009 | 4/1/09-4/30/09 | $9,758.50 | $10.08 | $9,758.50 | $10.08 | 971 |
| 6/19/2009 | 5/1/09-5/31/09 | $13,791.50 | $3.30 | $13,791.50 | $3.30 | 997 |
| 7/15/2009 | 6/1/09-6/30/09 | $9,088.50 | $5.10 | $9,088.50 | $5.10 | 1027 |
| 8/19/2009 | 7/1/09-7/31/09 | $4,779.00 | $4.50 | $4,779.00 | $4.50 | 1073 |
| 9/10/2009 | 8/1/09-8/31/09 | $2,357.00 | $3.00 | $2,357.00 | $3.00 | 1094 |
| 10/13/2009 | 9/1/09-9/30/09 | $7,937.00 | $16.60 | $7,937.00 | $16.60 | 1122 |
| 11/20/2009 | 10/1/09-10/31/09 | $10,327.00 | $0 | $10,327.00 | $0 | 1162 |
| 12/21/2009 | 11/1/09-11/30/09 | $4,735.00 | $0 | $4,735.00 | $0 | 1182 |
| 1/14/2010 | 12/1/09-12/31/09 | $3,042.00 | $2.80 | $3,042.00 | $2.80 | 1201 |
| 2/10/2010 | 1/1/10-1/31/09 | $4,728.00 | $2.80 | $4,728.00 | $2.80 | 1233 |
| 3/12/2010 | 2/1/10-2/28/10 | $3,357.50 | $3.20 | $3,357.50 | $3.20 | 1261 |
| 4/20/2010 | 3/1/10-3/31/10 | $6,004.00 | $2.80 | $6,004.00 | $2.80 | 1298 |
| 7/20/2010 | 4/1/10-6/30/10 | $2,926.00 | $21.57 | **PENDING** | **PENDING** |  |
|  |  |  |  |  |  |  |
| **TOTAL:** | 6/22/07-6/30/10 | **$274,531.50** | **$423.69** | **$271,605.50** | **$402.12** |  |

16.     The time expended by A&L's professionals throughout the pendency of the case is summarized as follows:

| **Attorney / Professional** | **Specialty** | **Hours** | **Hourly Rate**[1] |
|---|---|---|---|
| Andrea L. Siskovic | Litigation | 21.8 | $280 |
| Barry A. Chatz | Bankruptcy | 102.7 | $595 |
| Becky L. Sutton | Paralegal | 1.9 | $215 |
| Christina Lutz | Litigation | 1.0 | $230 |
| George P. Apostolides | Litigation | 347.6 | $420 |
| Hal R. Morris | Litigation | 1.1 | $415 |

---

[1] The hourly rates are adjusted on January 1st of each new year to reflect the advancing experience, capabilities and growing seniority of our professionals as well as other general economic factors that affect the operations of A&L's business. Rates presented are for 2010 or the final year in which the professional provided services on behalf of the Committee.

6

| John C. Fuller | Paralegal | 18.5 | $240 |
|---|---|---|---|
| Jonathan B. Knisley | Litigation | 30.8 | $255 |
| Jurate B. Medziak | Paralegal | 5.0 | $175 |
| Joy E. Levy | Bankruptcy | 21.6 | $340 |
| John F. Hiltz | Bankruptcy | 0.8 | $255 |
| Kevin H. Morse | Bankruptcy | 3.9 | $265 |
| Mary Cannon Veed | Insurance | 12.6 | $500 |
| Miriam A. Stein | Bankruptcy | 153.9 | $450 |
| Robert A.. McKenzie | Bankruptcy | 26.8 | $265 |
| Raechelle Delarmente | Litigation | 11.9 | $230 |
| | | | |
| **TOTALS** | | **761.9** | **$271,605.50** |

17. A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 11, and that time has been fairly and properly expended.

18. A&L respectfully requests that the Court authorize payment of $274,531.50 for services rendered and $402.12 for the reimbursement of its reasonable out-of-pocket expenses, as final compensation for the period of June 22, 2007 through June 30, 2010 pursuant to section 330 of the Bankruptcy Code.

19. By this Motion, A&L also requests that the notice of the Application be deemed sufficient. A copy of the Application has been sent to all parties receiving notice by the Court's ECF system, including the Chapter 11 Trustee and United States Trustee. Notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

WHEREFORE, Barry A. Chatz, Miriam R. Stein, George P. Apostolides and the firm of Arnstein & Lehr LLP, respectfully request that the Court enter an Order:

(A) Awarding it $2,926.00 in fees and $21.57 in reimbursement of expenses for the period of April 1, 2010 through June 30, 2010, as set forth herein pursuant to Bankruptcy Code Section 330 and 331, and authorizing the Trustee to pay the same;

(B) Allowing it final compensation in the aggregate amount of $274,531.50 for actual and necessary professional services rendered and reimbursement in the amount of $402.12 for actual and necessary costs and expenses incurred;

(C) Finding notice as provided is sufficient under the circumstances; and

(D) Granting such other and further relief as the Court deems just and proper.

    Respectfully submitted,
    ARNSTEIN & LEHR LLP

    By:  /s/ Miriam R. Stein
         One of its Attorneys

Barry A. Chatz (06196639)
Miriam R. Stein (06238163)
George P. Apostolides (06228768)
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288