IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No.: 07-6720 |
| AUTOMOTIVE PROFESSIONALS, INC., ) | Honorable Carol A. Doyle |
| ) | Objection Deadline: May 14, 2013 @ 4:00 p.m. |
| Debtor. ) | **Hearing Date: May 15, 2013** |
| ) | |
| ) | **Hearing Time: 10:30 a.m.** |

COVER SHEET FOR
FIRSTAND FINAL FEE APPLICATION OF POPOWCER KATTEN, LTD. AS
ACCOUNTANT TO THE CHAPTER 11 TRUSTEE SEEKING ALLOWANCE AND
PAYMENT OF COMPENSATION UNDER 11 U.S.C. §§ 330 AND 331

Name of Applicant:				Popowcer Katten, Ltd.

Authorized to Provide
Professional Services to:			AUTOMOTIVE PROFESSIONALS, INC.

Date of Retention Order:			February 10, 2009

Period for which compensation and
Reimbursement are sought:			January 29, 2009 through June 20, 2012

Amount of compensation sought
as actual, reasonable, and necessary:		$1,520.00

Amount of expense reimbursement sought
as actual, reasonable, and necessary:		$5.81

This is an/(a):  __ interim   X final application.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No.: 07-6720 |
| AUTOMOTIVE PROFESSIONALS, INC., | ) Honorable Carol A. Doyle |
| | ) Objection Deadline: May 14, 2013 @ 4:00 p.m. |
| Debtor. | ) **Hearing Date:   May 15, 2013** |
| | ) **Hearing Time: 10:30 a.m.** |

## FIRST AND FINAL FEE APPLICATION OF POPOWCER KATTEN, LTD AS ACCOUNTANT TO THE CHAPTER 11 TRUSTEE SEEKING ALLOWANCE AND PAYMENT OF COMPENSATION UNDER 11 U.S.C. §§ 330 AND 331

Pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016 of the Federal Rules of Bankruptcy Procedures, the firm of Popowcer Katten Ltd. (hereafter "PK" or the "Firm") hereby submits its First and Final Fee Application for Popowcer Katten Ltd. as Accountant to the Chapter 11 Trustee Seeking Allowance and Payment of Compensation Under 11 U.S.C. §§ 330 and 331 (the "Application") for the period January 29, 2009 through and including June 20, 2012 (the "Application Period"). The Firm hereby moves this Honorable Court for an Order (a) awarding PK an allowance of: (i) compensation for professional services rendered to the Chapter 11 Trustee for the period January 29, 2009 through and including June 20, 2012 in the amount of $1,520.00; (ii) expenses incurred for the period January 29, 2009 through and including June 20, 2012 in the amount of $5.81; and (iii) and granting PK such other relief as is just and proper. In support of the Application, PK respectfully represents and follows:

### I.   INTRODUCTION

1.   Popowcer Katten Ltd. submits this Application in accordance with the United States Trustee Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C §330 ("UST Guidelines").

{API/001/00034706.DOC/}

2.  On April 13, 2007, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Case").

3.  This Court has jurisdiction over this Interim Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.  The statutory predicates for the relief requested herein are Sections 330 and 331 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

5.  On June 26, 2007 this Court entered an Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

## II. APPLICATION
## RETENTION OF POPOWCER KATTEN, LTD.

6.  The Chapter 11 Trustee sought PK's services to assist the Trustee with the administration of the Debtor's estate. PK is a certified Public Accountant from Chicago, Illinois. The Firm provides a broad spectrum of accounting services.

7.  On February 10, 2009, this Court executed an Order Approving Employment of Popowcer Katten, Ltd. as Trustee's Accountant. A copy of the Retention Order is annexed hereto as Exhibit A.

## COMPENSATION PAID AND ITS SOURCES

8.  All services which compensation is requested by PK were performed for or on behalf of the Chapter 11 Trustee for this Debtor.

9.  There is no agreement or understanding between PK and any other person other than the members of the Firm for sharing of compensation to be received for services rendered in this case.

10.    PK has never held a retainer in this matter.

## SUMMARY OF PROFESSIONAL SERVICES RENDERED
## DURING THE APPLICATION PERIOD

11.    Attached as Exhibit B is a detailed copy of the chronological time spent by Lois West and for the period commencing January 29, 2009 through and including June 20, 2012, 2008. This report represents a categorical sort of the Firm's time reports. These time reports are kept in the regular course of business reflecting the services rendered by the Firm during the Application Period. The time reports are organized on a daily basis. The Firm is particularly sensitive to issues of "lumping" and, unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.

12.    Lois West at the hourly rate of $225.00 spent 7.00 hours, as described on the attached Exhibit B.

## NARRATIVE/SUMMARY

13.    This hourly rate is Ms. West's normal hourly rate of compensation for work of this character. The reasonable value of the services rendered by PK for the period commencing January 29, 2009 through and including June 20, 2012 is equal to $1,520.00.

## APPLICABLE AUTHORITY

14.    Under Section 330 of the Bankruptcy Code, a Bankruptcy Court may award to a professional employed by the estates "reasonable compensation for actual, necessary services" rendered by the professional, plus "reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). See generally In re Geraci, 138 F.3d 314 (7th Cir. 1998); Matter of Taxman Clothing Company, 49 F.3d 310 (7th Cir. 1995).

15.    In determining the amount of "reasonable compensation," the Court must consider the nature, extent and value of the services, taking into account all the relevant factors, including

{API/001/00034706.DOC/}                                  3

the time spent on such services; the rates charged for such services; whether the services were necessary and beneficial; whether the services were performed in a reasonable amount of time commensurate with the complexity, importance and nature of the problem, issue or task addressed; and whether the compensation is reasonably based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code 11 U.S.C. § 330(a)(3).

16. Bankruptcy Courts reviewing fee applications use several different approaches to apply these guidelines, including familiar methods such as the approach outlined in Johnson v. Georgia Highway Express, 488 F.2d 714 (5th Cir. 1974). See generally In re Geraci, 138 F.3d 314 (7th Cir. 1998); In re Spanjer Brothers, Inc., 203 B.R. 85 (Bankr. N.D. Ill. 1996). Similarly, Bankruptcy Courts frequently utilize the lodestar analysis, analyzing the benefit of the services to the estate and considering whether the services rendered were reasonable and necessary. See Matter of Taxman Clothing Company, 49 F.3d 310, 315 (7th Cir. 1995); In re UNR Industries, Inc., 986 F.2d 208 (7th Cir. 1993).

17. These analyses examine similar factors, including: (i) the novelty or difficulty of the questions, (ii) the experience, reputation and skill of the professional, (iii) time limitations imposed by the circumstances, (iv) whether the fee is fixed or contingent, (v) the preclusion of other employment by the professional due to acceptance of the case, and (vi) the amount involved and the results obtained or the quality of the services. Matter of Taxman Clothing Company, 49 F.3d 310, 315 (7th Cir. 1995); In re Spanjer Brothers, Inc., 203 B.R. 85 (Bankr. N.D. Ill. 1996).

18. In accordance with the factors enumerated in 11 U.S.C. § 330 and above, the amounts requested herein by PK are fair and reasonable, given: (i) the nature of the bankruptcy

cases, (ii) the novelty and complexity of the bankruptcy cases, (iii) the time and labor required to represent the Debtor effectively, (iv) the time limitations imposed by the bankruptcy cases, (v) the nature and extent of the services rendered, (vi) PK's experience, reputation and ability, (vii) the value of PK's services, and (viii) the cost of comparable services other than in a case under the Bankruptcy Code.

## NOTICE

19.     Notice of this Application has been limited to the electronic service list and those parties that previously requested notice. As the trustee has complied with the plan and made all necessary disbursements, no notice to the creditors is required.

**WHEREFORE** PK respectfully requests that this Court enter an Order pursuant to §§ 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016 as follows:

a.      An Order awarding PK (a) an allowance of compensation for professional services rendered for and on behalf of the Chapter 11 Trustee for this Debtor during the period of January 29, 2009 through and including June 20, 2012 in the aggregate amount of $1,520.00;

b.      An Order awarding PK (a) an allowance of expenses rendered for and on behalf of the Chapter 11 Trustee for this Debtor during the period of January 29, 2009 through and including June 20, 2012 in the aggregate amount of $5.81;

    c.    Granting PK such other and further relief as is just and equitable under the circumstances.

Dated: April 29, 2013          Respectfully submitted.

FRANCES GECKER, not individually but as
Chapter 11 Trustee of the estate of
AUTOMOTIVE PROFESSIONALS, INC.


By:   /s/ Zane L. Zielinski
        One of her attorneys

Frances Gecker (ARDC #6198450)
Zane Zielinski (ARDC #6278776)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
fgecker@fgllp.com
zzielinski@fgllp.com

{API/001/00034706.DOC/}      6

## **CERTIFICATE OF SERVICE**

I, Zane L. Zielinski, an attorney, hereby certify that service of the **First and Final Fee Application for Popowcer Katten Ltd. as Accountant to the Chapter 11 Trustee Seeking Allowance and Payment of Compensation Under 11 U.S.C. §§ 330 and 331** on all parties identified as Registrants on the service list attached was accomplished through the Court's Electronic Notice for Registrants. As to all other parties on the attached Service List, I caused copies to be sent via email or U.S. Mail, as indicated, postage prepaid, before the hour of 5:00 p.m. on April 29, 2013.

*/s/ Zane L. Zielinski*

# Mailing Information for Case 07-06720

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Allan V. Abinoja    aabinoja@atg.state.il.us, rrascia@atg.state.il.us;marnold@atg.state.il.us

- Margaret M Anderson    panderson@fslc.com, cjelks@fslc.com;bkdocket@fslc.com

- Thomas A Andreoli    tandreoli@sonnenschein.com, NDIL_ECF@sonnenschein.com

- George P Apostolides    gpapostolides@arnstein.com

- Stephen T. Bobo    sbobo@reedsmith.com

- Kurt M Carlson    kcarlson@muchshelist.com, knoonan@carlsondash.com

- Barry A Chatz    bachatz@arnstein.com, jbmedziak@arnstein.com

- Nathan F Coco    ncoco@mwe.com

- Michael P Connelly    mconnelly@crmlaw.com

- John S. Delnero    john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com

- Craig E Donnelly    cdonnelly@crmlaw.com

- Michael J Durrschmidt    mdurrschmidt@hirschwest.com, bhowell@hirschwest.com;tjimenez@hirschwest.com;marsch500@gmail.com

- Daniel M. Feeney    dfeeney@millershakman.com, tlawhead@millershakman.com

- Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

- Frances Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com

- Frances Gecker    fgecker@fgllp.com

- Gary E. Green    ggreen@clarkhill.com, jfelker@clarkhill.com

- Natalia Rzepka Griesbach    ngriesbach@tishlerwald.com, bmurzanski@tishlerwald.com

- Reed A Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com

- Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com,nicholas.alexsovich@goldbergkohn.com

- Micah R Krohn    mkrohn@fgllp.com, ccarpenter@fgllp.com
- Kenneth G. Kubes    kkubes@fdic.gov
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Avrum Levicoff    alevicoff@lsandd.net, phbarco@lsandd.net
- Joy E Mason    jelevy@arnstein.com
- Colleen E McManus    cmcmanus@carlsondash.com, knoonan@carlsondash.com;jbubacz@carlsondash.com
- Michael D Messersmith    mmessersmith@kayescholer.com, keanderson@kayescholer.com;jben@kayescholer.com
- Anne C Murphy    murphyac@doj.state.wi.us, gurholtks@doj.state.wi.uw
- Norman B Newman    nnewman@muchshelist.com
- Eric A Oesterle    eoesterle@millershakman.com, jchilds@millershakman.com
- Alan B. Rich    ecf@alanrichlaw.com
- Robert E Richards    robert.richards@dentons.com, NDIL_ECF@dentons.com
- Peter J Roberts    proberts@shawfishman.com
- Joshua G Rodin    jrodin@atg.state.il.us
- Jeffrey B Rose    jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- Jeffrey A Rossman    jrossman@mwe.com, deberry@mwe.com
- Adam R. Schaeffer    aschaeffer@bellboyd.com
- Mark Schramm    marsch500@gmail.com
- Ryan T Schultz    rschultz@fslc.com, bkdocket@fslc.com
- Aaron C Smith    asmith@lockelord.com, chicagodocket@lockelord.com
- Miriam R. Stein    mstein@chuhak.com, kgord@chuhak.com
- Martin B. Tucker    mtucker@fbtlaw.com
- Bruce L Wald    bwald@tishlerandwald.com
- Peter J Young    pyoung@winston.com
- Zane L Zielinski    zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

## SERVICE LIST

Robert J. Wakefield
Office of the U.S. Trustee, Region 11
Dirksen Federal Court House
219 South Dearborn Street
Room 873
Chicago, IL 60604
E-mail: bob.j.wakefield@usdoj.gov

D. Daniel Barr
J. Kevin Baldwin
Illinois Department of Insurance
Office of the Special Deputy Receiver
E-mail: dbarr@osdchi.com
E-mail: kbaldwin@osdchi.com

Jim Richardson
Continental Insurance Services, Inc.
12550 W. Muir Ridge Dr.
Boise, ID 83709
Fax: 208-375-9552
E-mail: mrjnrichardson@msn.com

Peter J. Young
Proskauer Rose LLP
Three First National Plaza
70 West Madison Street, Suite 3800
Chicago, Illinois 60602-4342
Tel: (312) 962-3528
Fax: (312) 962-3551
E-mail: pyoung@proskauer.com

Mark W. Page
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606
E-mail: mpage@kelleydrye.com

Gary E. Green
Clark Hill PLC
150 North Michigan Avenue
Suite 2400
Chicago, IL 60601-7553
Tel: (312) 985-5905
Fax: (312) 985-5999
E-mail: ggreen@clarkhill.com

Anthony G. Stamato
Robert M. Spalding
Kaye Scholer
3 First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL 60602-4231
E-mail: astamato@kayescholer.com
E-mail: rspalding@kayescholer.com

Nathan F. Coco
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Tel: (312) 984-3658
Fax: (312) 984-7700
E-mail: ncoco@mwe.com

- 2 -

Timothy P. Shirey
PA Office of Attorney General
444 East College Avenue
Suite 440
State College, PA  16801
E:mail:  tshirey@attorneygeneral.gov

Frederick T. Johnson
Dobrowski LLP
1010 Lamar
Suite 1350
Houston, TX  77002
Dobrowski LLP
E-mail:  fjohnson@doblaw.com

Alexander Laughlin
Dylan G. Trache
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA  22102
E-mail:  alaughlin@wileyrein.com
E-mail:  dtrache@wileyrein.com

David Frisbie
Profit Portfolio
70 Wall Street
Madison, CT 06443
E-mail:  dfrisbie@profitportfoliollc.com

Todd Ingersoll
Saturn of Danbury
102 Federal Rd.
Danbury, CT 06810
Fax: 203-730-5777
E-mail: sodsow@aol.com

Richard Macom
Bureau of Consumer Protection
6th Floor
Manor Building
564 Forbes Avenue
Pittsburgh, PA  15219
E-mail:  rmacom@attorneygeneral.gov

Tracey A. Jordan
Foran Glennon Palandech Ponzi & Rudloff PC
222 N La Salle St
Chicago, IL 60601-1003
E-mail:  tjordan@fgppr.com

Charles Primus
Whaling City Ford, Inc.
475 Broad Street
New London, CT 06320
Tel:  (860) 443-8361
Fax:  (860) 443-0597
E-mail:  cprimus@whalingcityford.com

Andrew M. Porter
Todd & Weld, LLP
28 State Street
Boston, MA  02109
Tel: (617) 720-2626
Fax (617) 227-5777
E-mail: aporter@toddweld.com

Don Ellis
Finance Builders, Inc.
50 Albany Turnpike Bldg. #4
Canton, CT 06019
E-mail:  dellis1022@aol.com

James H. Hawk, Sr.
Chairman
Automotive Professionals, Inc.
1002 East Algonquin Road
Schaumburg, Illinois 60172
E-mail: jhawk@srigroup.com

Robert Steenbergh
Menu Vantage, LLC
3660 Maguire Blvd., Suite 102
Orlando, FL 32803
Fax: 407-897-8553
E-mail: rms@menuvantage.com

Mark Puccio
Performance Management Group, Inc.
299 W Main St.
Northborough, MA 01532
Fax: 508-393-0037
E-mail: mark@performancemg.com

Robert Harvey
Dealer Performance Group
316 Stanford Ct.
Bedford, TX 76095
Fax: 817-281-5004
E-mail: azle740i@aol.com

Stephen Underwood
c/o Tiger Marketing
315 West 9th Street
Hopkinsville, KY 42241
Fax: (270) 890-0213
Email: sunderwood@hopkinsvilleky.us

Todd Ingersoll
Saturn of Watertown
715 Straits Turnpike
Watertown, CT 06795
Fax: 203-730-5777
E-mail: sodsow@aol.com

Veronica Chavez Law
c/o Emergency Roadside Marketing
Decker, Jones, McMackin,
McClane, Hall & Bates, P.C.
801 Cherry Street, Suite 2000, Unit #46
Fort Worth, Texas 76102-6836
E-mail: vlaw@deckerjones.com

Steve Hornick
Independent Insurance Services, Inc.
4317 Wabun Lane
Salem, VA 24153
Fax: 540-380-3150
E-mail: iinc7@yahoo.com

Brad Hoffman
Phyllis Keyes
Two Star Associates
650 Connecticut Blvd.
East Hartford, CT 06108
Fax: 860-290-6162
E-mail: brad.hoffman@hoffmanauto.com
E-mail: phyllis.keyes@hoffmanauto.com

Darren Bryan
S&T Bank.
456 Main Street
Brocakday PA 15824
E-mail: darren.bryan@stbank.net

Jeffrey B. Frey
Jeff Frey & Associates
3120 W. Carefree Hwy. Suite 1, #247
Phoenix, AZ 85086
Fax: 623-582-9084
E-mail: jfreyinc@aol.com

Steve L. Victor
Development Specialists, Inc.
70 West Madison Street, Suite 2300
Chicago, Illinois 60602
Tel.: 312-263-4141
E-Mail: svictor@dsi.biz

Lynette Sabia
Allstate/Northbrook Indemnity Company/
First Colonial Insurance Company
1776 American Heritage Life Drive
Jacksonville, FL 32224
Fax: 904.992.2975
E-mail: lsabia@allstate.com

Steve Toth
Ohio Indemnity Co.
250 E. Broad St. #10
Columbus, OH 43215
E-mail: stoth@ohioindemnity.com

Daniel M. Feeney
Eric A. Oesterle
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
Tel: 312-263-3700
Fax: 312-263-3270
E-mail: dfeeney@millershakman.com
E-mail: eoesterle@millershakman.com

Gale K. Busemeyer
ING Americas
U.S. Legal Services
151 Farmington Avenue, TS31
Hartford, CT 06156-8975
Tel: 860-723-2279
Fax: 860-723-2214
E-mail: gale.busemeyer@us.ing.com

Robert W. Haas
(Represents Dulles Motors)
Haas & Associates, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
Tel: 703-827-4050
Fax: 703-734-3046
E-Mail: rhaas@haaslawfirm.com

Kiko Perdikis
Credit Insurance Management Corp.
4 Forest Park Dr.
Farmington, CT 06032
E-mail: cimc2233@aol.com

Joe DeRosa
E-mail: joe@lenmoreassociates.com

Robert Simpson
Goldman Sachs & Co.
1 New York Plaza
37th Floor
New York, NY 10004
Fax: 212-256-4627
E-mail: robert.simpson@gs.com

Ann Dorsett
c/o Miles/Dealers Financial Service LLC
201 North Tryon Street
Charlotte, NC 28202
Fax: 704.343.2300
E-mail: Ann.Dorsett@hmw.com

Michael P. Connelly
Cory D. Anderson
Craig E. Donnelly
(Represents James Hawk Sr.)
Connelly Roberts & McGivney LLC
E-Mail: mconnelly@crmlaw.com
E-Mail: canderson@crmlaw.com
E-Mail: cdonnelly@crmlaw.com

{API/001/00034706.DOC/}                - 4 -

Martin B. Tucker
(Represents Clutts Auto Sales, Inc.)
Frost Brown Todd LLC
Lexington Financial Center
250 West Main, Suite 2700
Lexington, KY 40507
Tel: 859-231-0000
Fax: 859-231-0011
E-Mail: mtucker@fbtlaw.com

J. Heredia, Inc.
3535 Roswell Road
Suite 42
Marietta, GA 30062
*Via U.S. Mail*

Elizabeth M. Bartolucci
O'Hagan Spencer, LLC
One East Wacker Drive
34th Floor
Chicago, IL 60601
*Via U.S. Mail*

Ronald Baug
c/o UAW Legal Services
Towers Office Park
Suite 361
1200C Scottsville Rd
Rochester, NY 14624
*Via U.S. Mail*

Therese L. Tully
Scandaglia & Ryan
55 East Monroe Street
Suite 3440
Chicago, IL 60603
Tel:   (312) 580-2020
Fax:   (312) 782-3806
E-mail: ttully@scandagliaryan.com