## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) No. 07-06720 | |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC., | ) Chapter 11 | |
| | ) | |
| Debtor. | ) Honorable Carol A. Doyle | |
| | ) | |
| | ) **Hearing Date:** | **May 15, 2013** |
| | ) **Hearing Time:** | **10:30 a.m.** |
| | ) **Room:** | **742** |

## NOTICE OF MOTION

To:   See attached Service List

PLEASE TAKE NOTICE that on **May 15, 2013 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Carol A. Doyle in Courtroom 742 of the United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present the **Motion for the Entry of a Final Decree**, a copy of which is attached hereto and hereby served upon you.

                                            Respectfully submitted,

                                            FRANCES GECKER, solely as Chapter 11 Trustee of Automotive Professionals, Inc.,

                                            By:   _/s/ Zane L. Zielinski_
                                                        One of her attorneys

Frances Gecker (ARDC #6198450)
Zane Zielinski (ARDC #6278776)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
Phone: (312) 276-1400
Fax:   (312) 276-0035
fgecker@fgllp.com
zzielinski@fgllp.com

Dated: April 29, 2013

{API/001/00031222.DOC/2}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 07-06720 |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

### MOTION FOR THE ENTRY OF A FINAL DECREE

Frances Gecker, solely as Chapter 11 trustee (the "Trustee") of Automotive Professionals, Inc. ("API" or the "Debtor"), by her attorneys, pursuant to 11 U.S.C. § 350(a), Fed.R.Bankr.P. 3022 and Local Bankruptcy Rule 3022-1, hereby requests the entry of a final decree substantially in the form attached hereto as Exhibit A ("Final Decree") closing API's Chapter 11 case (the "Case"), discharging the Trustee and authorizing the destruction of API's records as set forth herein. In support of her motion (the "Motion"), the Trustee states as follows:

### Jurisdiction

1.  This Court has jurisdiction over this motion pursuant to 11 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (O).

### Background

2.  On April 13, 2007 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3.  An order [Docket No. 1266] (the "Confirmation Order") confirming the Joint Liquidation Plan Of Automotive Professionals, Inc., as Modified [Docket No. 1143] (the "Plan"), filed by the Trustee and the Official Committee of Unsecured creditors of API was entered on March 26, 2010. The Plan became effective on April 9, 2010 (the "Effective Date").

   4. Pursuant to Section 6.1 of the Plan, on the Effective Date:

    (1) All of the Debtor's assets revested with the Trustee, and

    (2) As Trustee, Frances Gecker was charged with the responsibility of administering the Plan, including the reconciliation and payment of claims against the Estate, and the payment of costs incurred by the Trustee and her professionals from Estate funds.

   5. FrankGecker LLP has continued to act as legal counsel to the Trustee in connection with her administration of the Plan.

   6. The status of payments due to each class under the Plan is as follows:

| Class | Type of Claim | Status |
| --- | --- | --- |
|  | Administrative | Paid in full. |
|  | Priority Tax | Paid in full. |
| I | Secured Claim of Goldman Sachs & Company | Paid in full. |
| II | Consumer Claims | Paid approximately 39.40% of their general allowed unsecured claims. There were approximately 6790 Consumers Claims which totaled approximately $9.6 million. |
| III | General Unsecured | Paid approximately 16.82% of their general allowed unsecured claims. There were approximately 390 General Unsecured Claims which totaled approximately $8 million. |
| IV | Intercompany Claims | No payments were due to Allowed Class IV Claims under the Plan. |
| V | Interests | The Interests of the Shareholders were cancelled as of the Effective Date. |

   7. As of the filing of this Motion, the Trustee has liquidated all of the assets of the Debtor's estate (the "Estate"), resolved all claims filed against the Estate, and completed all distributions contemplated by the Plan. The Trustee has undertaken a good faith effort to locate

-2-

and ascertain the address of any claimholder, from whom prior correspondence was returned undelivered. Since her appointment, the Trustee has disbursed $73 million.

8. Fees and expenses incurred by the Trustee in connection with her administration of the Plan (the "Unpaid Trustee Expenses") are due and owing pursuant to the terms of the Plan in the following estimated amounts:

| | |
|---|---|
| Frances Gecker, Trustee | $20,520.00 |
| FrankGecker LLP | $15,470.40 |
| Popowcer Katten Ltd. | $1,525.81 |

9. The Trustee is currently holding $32,948.02. The Unpaid Trustee Expenses, and any unpaid fees due to the United States Trustee exceed the amount of funds remaining to be administered. Therefore, after the payment of such expenses, there will be no Estate funds remaining. The distribution of Allowed Class II and Allowed Class III Claims resulted in a total distribution of approximately $5,318,000 million to the Debtor's general unsecured creditors.

10. The Trustee has maintained, and is in possession of, the Debtor's books and records that have been necessary for the administration of the Plan (the "Records").

11. As the Plan has been fully administered, the Trustee no longer needs the Records other than those records specifically needed to comply with tax and other applicable law.

12. As of the entry of the Final Decree closing the Case, the Trustee will have fully executed her fiduciary duties under the Plan, and it is appropriate that she be discharged.

### Relief Requested

13. The Trustee seeks the entry of a Final Decree, substantially in the form attached hereto as Exhibit A: (a) closing the Case and discharging the Trustee; (b) approving the payment of any Unpaid Trustee Expenses; and (c) authorizing the destruction of the Records, other than those records specifically needed in connection with tax reporting requirements and any other applicable law.

### Basis for Relief Requested

14. Section 350(a) of the Bankruptcy Code provides that after an estate is fully administered "the court shall close the case." Fed.R.Bankr.P. 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."

15. The phrase "fully administered" is not defined by the Bankruptcy Code. However, Fed.R.Bankr.P. 3022 is intended to allow bankruptcy courts flexibility in determining whether an estate is fully administered. *See, e.g., In re Federated Dept. Stores, Inc.*, 43 Fed. Appx. 820, 822 (6th Cir. 2002). Generally, courts look to the following factors in deciding whether to issue a final decree:

> (1) whether the order confirming the plan has become final;
>
> (2) whether deposits required by the plan have been distributed;
>
> (3) whether the property proposed by the plan to be transferred has been transferred;
>
> (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan;
>
> (5) whether payments under the plan have commenced; and
>
> (6) whether all motions, contested matters, and adversary proceedings have been fully resolved.

Fed.R.Bankr.P. 3022, Advisory Comm. Note (1991); *In re JMP-Newcor International, Inc.*, 225 B.R. 462, 465 (Bankr. N.D. Ill. 1998).

16. The Case has been fully administered within the meaning of Section 350 of the Bankruptcy Code, and it is appropriate for the Court to enter a final decree closing the Case. Specifically, all Estate assets have been fully liquidated, all claims filed against the Estate have been resolved, payments required to be made pursuant to the Plan have been made or provisions

- 4 -

have been made for their payment, the Confirmation Order is final and nonappealable, and there are no pending motions, contested matters, or adversary proceedings. In addition, any outstanding fees due to the Office of the United States Trustee pursuant to 28 U.S.C. § 1930 will be paid.

17.     Therefore, because the Case is fully administered, it is fair and equitable and in the best interests of the Estate and its creditors that this Court enter the Final Decree closing the Case and discharging the Trustee.

18.     In addition, because the Case has been fully administered, and the Debtor ceased its business operations prior to confirmation of the Plan, other than for tax purposes, there is no longer a need to retain the Records. The Trust therefore seeks authorization to destroy the Records to the extent not contrary to any applicable law.

19.     The Trustee intends to file a Final Report, describing among other things (a) the Unpaid Trustee Expenses, and (b) the distributions to creditors made under the Plan.

### Notice

20.     The Trustee has provided notice of the Motion and the relief requested herein to the U.S. Trustee, API and its affiliates, counsel for the Official Committee of Unsecured Creditors, API's twenty largest creditors as listed in API's bankruptcy petition, and all parties that have requested notice of all pleadings filed in the Bankruptcy Case. The cost of providing notice of the Motion to tens of thousands of the Debtor's creditors would greatly exceed the amount of funds remaining to administer the Plan, and impose an undue burden on the Estate. Therefore, the Trustee seeks leave, pursuant to Local Bankruptcy Rule 3022-1, to limit notice as set forth herein, which the Trustee submits is fair and equitable under the circumstances.

WHEREFORE, Frances Gecker, solely as Chapter 11 trustee of Automotive Professionals, Inc., by her attorneys, pursuant to 11 U.S.C. § 350(a), Fed.R.Bankr.P. 3022 and

Local Bankruptcy Rule 3022-1, respectfully requests that the Court enter a final decree substantially in the form attached hereto as Exhibit A; (a) closing the Case and discharging the Trustee; (b) approving the payment of the Unpaid Trustee Expenses; (c) authorizing the destruction of the Records, other than as may be required in connection with tax reporting requirements and any other applicable law; and (d) granting such further relief as is just.

                Respectfully submitted,

                FRANCES GECKER, solely as Chapter 11 Trustee
of Automotive Professionals, Inc.,

                By: _____/s/ Zane L. Zielinski_____
                           One of her attorneys

Frances Gecker (ARDC #6198450)
Zane Zielinski (ARDC #6278776)
FrankGecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Phone: (312) 276-1400
Fax:    (312) 276-0035
fgecker@fgllp.com
zzielinski@fgllp.com

Dated: April 29, 2013

{API/001/00031222.DOC/2}

**CERTIFICATE OF SERVICE**

I, Zane L. Zielinski, an attorney, hereby certify that service of the **Notice of Motion and Motion for the Entry of a Final Decree** on all parties identified as Registrants on the service list attached was accomplished through the Court's Electronic Notice for Registrants. As to all other parties on the attached Service List, I caused copies to be sent via email or U.S. Mail, as indicated, postage prepaid, before the hour of 5:00 p.m. on April 29, 2013.

/s/ Zane L. Zielinski

# Mailing Information for Case 07-06720

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Allan V. Abinoja**   aabinoja@atg.state.il.us, rrascia@atg.state.il.us;marnold@atg.state.il.us
- **Margaret M Anderson**   panderson@fslc.com, cjelks@fslc.com;bkdocket@fslc.com
- **Thomas A Andreoli**   tandreoli@sonnenschein.com, NDIL_ECF@sonnenschein.com
- **George P Apostolides**   gpapostolides@arnstein.com
- **Stephen T. Bobo**   sbobo@reedsmith.com
- **Kurt M Carlson**   kcarlson@muchshelist.com, knoonan@carlsondash.com
- **Barry A Chatz**   bachatz@arnstein.com, jbmedziak@arnstein.com
- **Nathan F Coco**   ncoco@mwe.com
- **Michael P Connelly**   mconnelly@crmlaw.com
- **John S. Delnero**   john.delnero@klgates.com, Chicago.docket@klgates.com;darlene.mroz@klgates.com
- **Craig E Donnelly**   cdonnelly@crmlaw.com
- **Michael J Durrschmidt**   mdurrschmidt@hirschwest.com, bhowell@hirschwest.com;tjimenez@hirschwest.com;marsch500@gmail.com
- **Daniel M. Feeney**   dfeeney@millershakman.com, tlawhead@millershakman.com
- **Joseph D Frank**   jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- **Frances Gecker**   fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
- **Frances Gecker**   fgecker@fgllp.com
- **Gary E. Green**   ggreen@clarkhill.com, jfelker@clarkhill.com
- **Natalia Rzepka Griesbach**   ngriesbach@tishlerwald.com, bmurzanski@tishlerwald.com
- **Reed A Heiligman**   rheiligman@fgllp.com, ccarpenter@fgllp.com

- **Dimitri G. Karcazes**    dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com,nicholas.alexsovich@goldbergkohn.com
- **Micah R Krohn**    mkrohn@fgllp.com, ccarpenter@fgllp.com
- **Kenneth G. Kubes**    kkubes@fdic.gov
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Avrum Levicoff**    alevicoff@lsandd.net, phbarco@lsandd.net
- **Joy E Mason**    jelevy@arnstein.com
- **Colleen E McManus**    cmcmanus@carlsondash.com, knoonan@carlsondash.com;jbubacz@carlsondash.com
- **Michael D Messersmith**    mmessersmith@kayescholer.com, keanderson@kayescholer.com;jben@kayescholer.com
- **Anne C Murphy**    murphyac@doj.state.wi.us, gurholtks@doj.state.wi.uw
- **Norman B Newman**    nnewman@muchshelist.com
- **Eric A Oesterle**    eoesterle@millershakman.com, jchilds@millershakman.com
- **Alan B. Rich**    ecf@alanrichlaw.com
- **Robert E Richards**    robert.richards@dentons.com, NDIL_ECF@dentons.com
- **Peter J Roberts**    proberts@shawfishman.com
- **Joshua G Rodin**    jrodin@atg.state.il.us
- **Jeffrey B Rose**    jrose@tishlerandwald.com, bmurzanski@tishlerandwald.com
- **Jeffrey A Rossman**    jrossman@mwe.com, deberry@mwe.com
- **Adam R. Schaeffer**    aschaeffer@bellboyd.com
- **Mark Schramm**    marsch500@gmail.com
- **Ryan T Schultz**    rschultz@fslc.com, bkdocket@fslc.com
- **Aaron C Smith**    asmith@lockelord.com, chicagodocket@lockelord.com
- **Miriam R. Stein**    mstein@chuhak.com, kgord@chuhak.com
- **Martin B. Tucker**    mtucker@fbtlaw.com
- **Bruce L Wald**    bwald@tishlerandwald.com
- **Peter J Young**    pyoung@winston.com
- **Zane L Zielinski**    zzielinski@fgllp.com, csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com

## SERVICE LIST

Robert J. Wakefield
Office of the U.S. Trustee, Region 11
Dirksen Federal Court House
219 South Dearborn Street
Room 873
Chicago, IL 60604
E-mail: bob.j.wakefield@usdoj.gov

D. Daniel Barr
J. Kevin Baldwin
Illinois Department of Insurance
Office of the Special Deputy Receiver
E-mail: dbarr@osdchi.com
E-mail: kbaldwin@osdchi.com

Jim Richardson
Continental Insurance Services, Inc.
12550 W. Muir Ridge Dr.
Boise, ID 83709
Fax: 208-375-9552
E-mail: mrjnrichardson@msn.com

Peter J. Young
Proskauer Rose LLP
Three First National Plaza
70 West Madison Street, Suite 3800
Chicago, Illinois 60602-4342
Tel: (312) 962-3528
Fax: (312) 962-3551
E-mail: pyoung@proskauer.com

Timothy P. Shirey
PA Office of Attorney General
444 East College Avenue
Suite 440
State College, PA 16801
E:mail: tshirey@attorneygeneral.gov

Mark W. Page
Kelley Drye & Warren LLP
333 West Wacker Drive
26th Floor
Chicago, IL 60606
E-mail: mpage@kelleydrye.com

Gary E. Green
Clark Hill PLC
150 North Michigan Avenue
Suite 2400
Chicago, IL 60601-7553
Tel: (312) 985-5905
Fax: (312) 985-5999
E-mail: ggreen@clarkhill.com

Anthony G. Stamato
Robert M. Spalding
Kaye Scholer
3 First National Plaza
70 West Madison Street, Suite 4100
Chicago, IL 60602-4231
E-mail: astamato@kayescholer.com
E-mail: rspalding@kayescholer.com

Nathan F. Coco
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
Tel: (312) 984-3658
Fax: (312) 984-7700
E-mail: ncoco@mwe.com

Richard Macom
Bureau of Consumer Protection
6th Floor
Manor Building
564 Forbes Avenue
Pittsburgh, PA 15219
E-mail: rmacom@attorneygeneral.gov

{API/001/00031222.DOC/2}                - 3 -

Frederick T. Johnson
Dobrowski LLP
1010 Lamar
Suite 1350
Houston, TX 77002
Dobrowski LLP
E-mail: fjohnson@doblaw.com

Alexander Laughlin
Dylan G. Trache
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102
E-mail: alaughlin@wileyrein.com
E-mail: dtrache@wileyrein.com

David Frisbie
Profit Portfolio
70 Wall Street
Madison, CT 06443
E-mail: dfrisbie@profitportfoliollc.com

Todd Ingersoll
Saturn of Danbury
102 Federal Rd.
Danbury, CT 06810
Fax: 203-730-5777
E-mail: sodsow@aol.com

James H. Hawk, Sr.
Chairman
Automotive Professionals, Inc.
1002 East Algonquin Road
Schaumburg, Illinois 60172
E-mail: jhawk@srigroup.com

Robert Steenbergh
Menu Vantage, LLC
3660 Maguire Blvd., Suite 102
Orlando, FL 32803
Fax: 407-897-8553
E-mail: rms@menuvantage.com

Tracey A. Jordan
Foran Glennon Palandech Ponzi & Rudloff PC
222 North La Salle Street
Chicago, IL 60601-1003
E-mail: tjordan@fgppr.com

Charles Primus
Whaling City Ford, Inc.
475 Broad Street
New London, CT 06320
Tel: (860) 443-8361
Fax: (860) 443-0597
E-mail: cprimus@whalingcityford.com

Andrew M. Porter
Todd & Weld, LLP
28 State Street
Boston, MA 02109
Tel: (617) 720-2626
Fax (617) 227-5777
E-mail: aporter@toddweld.com

Don Ellis
Finance Builders, Inc.
50 Albany Turnpike Bldg. #4
Canton, CT 06019
E-mail: dellis1022@aol.com

Veronica Chavez Law
c/o Emergency Roadside Marketing
Decker, Jones, McMackin,
McClane, Hall & Bates, P.C.
801 Cherry Street, Suite 2000, Unit #46
Fort Worth, Texas 76102-6836
E-mail: vlaw@deckerjones.com

Steve Hornick
Independent Insurance Services, Inc.
4317 Wabun Lane
Salem, VA 24153
Fax: 540-380-3150
E-mail: iinc7@yahoo.com

Mark Puccio
Performance Management Group, Inc.
299 W Main St.
Northborough, MA 01532
Fax: 508-393-0037
E-mail: mark@performancemg.com

Robert Harvey
Dealer Performance Group
316 Stanford Ct.
Bedford, TX 76095
Fax: 817-281-5004
E-mail: azle740i@aol.com

Stephen Underwood
c/o Tiger Marketing
315 West 9th Street
Hopkinsville, KY 42241
Fax: (270) 890-0213
Email: sunderwood@hopkinsvilleky.us

Todd Ingersoll
Saturn of Watertown
715 Straits Turnpike
Watertown, CT 06795
Fax: 203-730-5777
E-mail: sodsow@aol.com

Lynette Sabia
Allstate/Northbrook Indemnity Company/
First Colonial Insurance Company
1776 American Heritage Life Drive
Jacksonville, FL 32224
Fax: 904.992.2975
E-mail: lsabia@allstate.com

Steve Toth
Ohio Indemnity Co.
250 E. Broad St. #10
Columbus, OH 43215
E-mail: stoth@ohioindemnity.com

Brad Hoffman
Phyllis Keyes
Two Star Associates
650 Connecticut Blvd.
East Hartford, CT 06108
Fax: 860-290-6162
E-mail: brad.hoffman@hoffmanauto.com
E-mail: phyllis.keyes@hoffmanauto.com

Darren Bryan
S&T Bank.
456 Main Street
Brocakday PA  15824
E-mail:  darren.bryan@stbank.net

Jeffrey B. Frey
Jeff Frey & Associates
3120 W. Carefree Hwy. Suite 1, #247
Phoenix, AZ 85086
Fax: 623-582-9084
E-mail: jfreyinc@aol.com

Kiko Perdikis
Credit Insurance Management Corp.
4 Forest Park Dr.
Farmington, CT 06032
E-mail:  cimc2233@aol.com

Joe DeRosa
E-mail:  joe@lenmoreassociates.com

Daniel M. Feeney
Eric A. Oesterle
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
Tel: 312-263-3700
Fax: 312-263-3270
E-mail: dfeeney@millershakman.com
E-mail: eoesterle@millershakman.com

Gale K. Busemeyer
ING Americas
U.S. Legal Services
151 Farmington Avenue, TS31
Hartford, CT 06156-8975
Tel: 860-723-2279
Fax: 860-723-2214
E-mail: gale.busemeyer@us.ing.com

Robert W. Haas
(Represents Dulles Motors)
Haas & Associates, P.C.
6718 Whittier Avenue, Suite 200
McLean, VA 22101
Tel: 703-827-4050
Fax: 703-734-3046
E-Mail: rhaas@haaslawfirm.com

Martin B. Tucker
(Represents Clutts Auto Sales, Inc.)
Frost Brown Todd LLC
Lexington Financial Center
250 West Main, Suite 2700
Lexington, KY 40507
Tel: 859-231-0000
Fax: 859-231-0011
E-Mail: mtucker@fbtlaw.com

J. Heredia, Inc.
3535 Roswell Road
Suite 42
Marietta, GA 30062
*Via U.S. Mail*

Robert Simpson
Goldman Sachs & Co.
1 New York Plaza
37th Floor
New York, NY 10004
Fax: 212-256-4627
E-mail: robert.simpson@gs.com

Ann Dorsett
c/o Miles/Dealers Financial Service LLC
201 North Tryon Street
Charlotte, NC 28202
Fax: 704.343.2300
E-mail: Ann.Dorsett@hmw.com

Michael P. Connelly
Cory D. Anderson
Craig E. Donnelly
(Represents James Hawk Sr.)
Connelly Roberts & McGivney LLC
E-Mail: mconnelly@crmlaw.com
E-Mail: canderson@crmlaw.com
E-Mail: cdonnelly@crmlaw.com

Ronald Baug
c/o UAW Legal Services
Towers Office Park
Suite 361
1200C Scottsville Rd
Rochester, NY 14624
*Via U.S. Mail*

Therese L. Tully
Scandaglia & Ryan
55 East Monroe Street
Suite 3440
Chicago, IL 60603
Tel:   (312) 580-2020
Fax:   (312) 782-3806
E-mail: ttully@scandagliaryan.com

- 7 -

Elizabeth M. Bartolucci
O'Hagan Spencer, LLC
One East Wacker Drive
34th Floor
Chicago, IL 60601
*Via U.S. Mail*