IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 07-06720 |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

## FINAL DECREE

This matter was heard upon the motion (the "Motion") of Frances Gecker, solely as Chapter 11 trustee (the "Trustee") of Automotive Professionals, Inc. ("API"), pursuant to 11 U.S.C. § 350(a), Fed.R.Bankr.P. 3022 and Local Bankruptcy Rule 3022-1, seeking the entry of a final decree ("Final Decree") closing API's Chapter 11 case (the "Case"), authorizing payment of the Trustee's unpaid expenses incurred in administering the Case, discharging the Trustee and authorizing the destruction of API's records other than those records specifically needed in connection with tax reporting requirements and any other applicable law (collectively, the "Records");

API's estate has been fully administered, and all funds required to be administered pursuant to the Joint Liquidation Plan Of Automotive Professionals, Inc., as Modified [Docket No. 1143] (the "Plan") have been distributed;

The notice provided by the Trustee in connection with the hearing on the Motion was proper and appropriate under the circumstances; and

The Court has heard the statements of counsel and is otherwise well advised in the premises, and has jurisdiction over this core proceeding.

IT IS ORDERED THAT:

A.     The notice provided in connection with the hearing on the Motion is approved.

B.  Frances Gecker is discharged as Chapter 11 trustee of the estate of Automotive Professionals, Inc.

C.  The Trustee is authorized to pay the following fees and expenses incurred by the Trustee in connection with her administration of the Plan:

| | |
|---|---|
| Frances Gecker, Trustee | $20,520.00 |
| FrankGecker LLP | $15,470.40 |
| Popowcer Katten Ltd. | $1,525.81 |

D.  The Trustee is authorized to destroy the Records.

E.  The Chapter 11 case of Automotive Professionals, Inc. shall be closed.

Dated: 5/15/13

ENTERED:

_Carol A. Doyle_
Honorable Carol A. Doyle
United States Bankruptcy Court

{API/001/00034320.DOCX/2}                              2